UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LISA CHRISTINE WATER,<br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br>        Defendant. | **JUDGMENT**<br><br>No. 5:18-CV-453-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 22, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,050.00.

**This Judgment Filed and Entered on October 22, 2019, and Copies To:**
Vaughn Stephen Clauson  (via CM/ECF Notice of Electronic Filing
Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)

October 22, 2019                    PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk